
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

98-23-CR-JA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>-vs-<br>Joaquin A. Rivero<br>Defendant | CASE NUMBER: CR 98-2052-<br>REPORT COMMENCING CRIMINAL ACTION<br>58018.004<br>USMS Number |

*****************************************************************

TO: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
*****************************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 1/15/98  AM ___  PM ✓

(2) LANGUAGE SPOKEN: Spanish

(3) OFFENSE(S) CHARGED: 21 USC 841 & 846

(4) UNITED STATES CITIZEN: (✓) YES  ( ) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 12/4/35

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [ ] INDICTMENT   [✓] COMPLAINT TO BE FILED/ALREADY FILED
    CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: SDF
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [✓] NO

AMOUNT OF BOND: $ PTD    WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 1/15/98  ARRESTING OFFICER: M.L. Berthon Jr

(10) AGENCY: FBI   (11) PHONE: (305) 944-9101

(12) COMMENTS: _____

SCANNED