SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 98-23-CR-JAL

DEFENDANT: Joaquin Rivero
Deputy Clerk: Joyce Walden
Reporter: Richard Kaufman
AUSA: Monique Perez Roth
Deft. Counsel: Julio Jimenez
USPO: Ana Galindo-Marrone
DATE: 6-16-98
JUDGE: Lenard

DEFENDANT FOUND GUILTY AS TO COUNTS _____

COUNTS DISMISSED _____

√ Deft. failed to appear - warrant to issue. Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ am / pm

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |

Comments _____

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |

Comments _____

Assessment $_____    Fine $_____

Restitution / Other _____

### CUSTODY

___ Remanded to U.S. Marshal    ___ Release bond pend appeal

___ Voluntary Surrender to (designated institution or US Marshal) on __/__/__.

___ Commitment recommendation: _____

(rev. 12/91)

FILED by ___ DC
JUN 16 1998
CARLOS ___
CLERK U.S. DIS___