# United States District Court
for
SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs JOAQUIN RIVERO          Docket No. 98-0023-CR-LENARD

TO:[1] The U.S. Marshal Service or any authorized arresting agency/officer.

---

## WARRANT FOR ARREST OF DEFENDANT

---

You are hereby commanded to arrest the within-named Defendant and bring him, forthwith before the United States District Court to answer to the charges listed below:

18 U.S.C., § 3148    FAILURE TO APPEAR FOR SENTENCING HEARING

FILED by ___ D.C.
JUN 1 6 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. FLA. MIAMI

| NAME OF DEFENDANT | Sex | Race | Age | |
|---|---|---|---|---|
| JOAQUIN RIVERO | Male | White/Hispanic | 62 | DOB: 12/4/35 |

ADDRESS (STREET, CITY, STATE)
11009 S.W. 88th Street #E-102, Miami, Florida 33176  Tel: (305) 595-3691

"NO BOND" (Pretrial Detention)          Date Imposed: June 16, 1998

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, 301 North Miami Avenue, Miami, Florida

| ORDERED | SIGNATURE OF JUDGE | DATE |
|---|---|---|
| Honorable Joan A. Lenard<br>U.S. District Judge | Joan A. Lenard | 6/16/98 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| CARLOS JUENKE | [signature] | 6/16/98 |

### RETURN

Warrant received and executed. _____  DATE RECEIVED _____  DATE EXECUTED _____

EXECUTING AGENCY (NAME AND ADDRESS):

| NAME | (BY) | DATE |
|---|---|---|
|  |  |  |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" "United States Marshal for _____ District of _____;" or " any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

