UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 98-CR-00023-JAL

**UNITED STATES OF AMERICA**

vs.

**JOAQUIN RIVERO, et al.,**

      **Defendants.**

_____ /

**NOTICE OF APPEARANCE**

    COMES NOW, The United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant U.S. Attorney has been assigned to the above captioned case.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:    s/ *Hillary T. Irvin*
        Hillary T. Irvin
        Court ID. A5502595
        Assistant United States Attorney
        U.S. Attorney's Office - SDFL
        99 Northeast Fourth Street, 6th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9094
        Facsimile: (305) 536-4699
        E-mail: Hillary.Irvin@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2020, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

*/s/Hillary T. Irvin*
Hillary T. Irvin
Assistant United States Attorney