UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA



UNITED STATES of AMERICA

v.

Joaquin Antonio RIVERO /

Defendant

Case Number: 98-00023-CR-LENARD

JUDGE: Joan A. LENARD

Inmate Number: 58018-004

REQUEST FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. §3582

and AMENDMENT 821, PART A of U.S. SENTENCING COMMISSION

REGARDING "STATUS POINTS" REDUCTION

Defendant Joaquin Antonio RIVERO received an increased three points to his criminal history category U.S.S.G. 4A1.1(d) qualifies and request a "status point reduction" under Amendment 821, Part A for an offense committed while "under any criminal justice sentence, including Escape Status..."

RELIEF REQUEST

Reduction of sentence in compliance of the U.S. Sentencing Commission Amendment 821 Part A decrease to two point offense level for "STATUS POINTS OFFENDER" guideline range.

CERTIFICATE OF SERVICE

I hereby certify a copy of this has been posted to all parties involved this 8th day of August, of 2024.

Joaquin A Rivero

Joaquin Antonio RIVERO, #58018-004
Federal Correctional Institution
P.O. BOX 779800
Miami, FL 33177

Joaquin Antonio Rivero, #58018-004
Federal Correctional Institution Low
P.O. BOX 779R00
Miami, FL 33177

33128-771699

U.S. COURTHOUSE
Clerk of the Court
400 North Miami Avenue
Miami, FL 33128

MIAMI FL 330
9 AUG 2024 PM 5 L

